entered upon a verdict directed by the court and an order denying a motion for a new trial.

*William P. Rudd* and *Allen Wardwell* for appellants.

*Joseph A. Arnold* and *Leon Lauterstein* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN and WERNER, JJ. Not voting: BARTLETT, J. Absent: O'BRIEN, J.

---

GEORGE E. SPENCER, Appellant, *v.* ARABELLA D. HUNTINGTON et al., as Executors of COLLIS P. HUNTINGTON, Deceased, Respondents.

*Spencer* v. *Huntington,* 100 App. Div. 463, affirmed.
(Argued October 11, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 18, 1905, affirming a judgment in favor of defendants entered upon the report of a referee.

*Herbert Barry, Julien T. Davies, Charles H. Tuttle* and *Julian C. Harrison* for appellant.

*Maxwell Evarts* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT and WERNER, JJ. Not voting: BARTLETT and VANN, JJ. Absent: O'BRIEN, J.

---

JAMES BUCKLEY, as Administrator of the Estate of JOHN M. GOLDEN, Deceased, Appellant, *v.* WESTCHESTER LIGHTING COMPANY, Respondent.

*Buckley* v. *Westchester Lighting Co.,* 93 App. Div. 436, affirmed.
(Argued October 12, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1904, affirming a judgment in favor of defendant